IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUANITA KENNEDY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:08cv97-WC |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's Motion for Extension of Time (Doc. #14), it is

ORDERED that the Motion (Doc. #14) is GRANTED. The Commissioner shall file his brief **on or before September 25, 2008**.

Done this 29th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE